

**T**HE **C**ITY OF **N**EW **Y**ORK

**L**AW **D**EPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

BETH J. HOFFMAN
*SENIOR COUNSEL*
Phone: (212) 356-2372
Fax: (212) 356-3509
bhoffman@law.nyc.gov

July 29, 2015

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: David Marcus v. City of New York, et al.,
    15 CV 1208(JBW)(JO)

Your Honor:

  I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter and write to request an adjournment of the settlement conference scheduled before Your Honor on Wednesday, August 5, 2015 at 2:00 p.m. Defendants' counsel requests this adjournment due a recently arisen personal commitment on that day. I have conferred with plaintiff's counsel and he consents to this adjournment.

  In addition, the parties would like the Court to be aware that in the past few weeks they have engaged in meaningful settlement negotiations and would like an opportunity to resolve this matter without imposing on the Court's time. Thus, the parties request that this settlement conference be adjourned to mid-September. This adjournment will not impact any other deadlines in this matter.

Thank you for your consideration of this matter.

>Respectfully submitted,
>
>/s/
>Beth J. Hoffman
>*Senior Counsel*

cc: Jason Leventhal, Esq.
*Attorney for Plaintiff*