# LEVENTHAL LAW GROUP, P.C.
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NEW YORK 11201

T (718) 556-9600
F (718) 522-3225

September 1, 2015

**BY ECF**

The Honorable James Orenstein
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *David Marcus. v. City of New York, et al.*, 15 CV 1194 (JBW) (JO)

Dear Magistrate Judge Orenstein:

    I represent the plaintiff in the above-referenced civil rights action. I write on behalf of the parties to confirm that this matter has been settled. We therefore request that all deadlines and proceedings be adjourned *sine die* pending the execution of settlement documents and the filing of the stipulation of dismissal.

    Thank you for your consideration.

                                                               Respectfully,

                                                               s/

                                                             Jason Leventhal

cc:    Beth Hoffman, Esq. (via ECF)