UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

DAVID MARCUS,

                                       Plaintiff,

              -against-

CITY OF NEW YORK, MICHAEL LICONTI, Individually, VINCENT VARRIANO, Individually, and JOHN and JANE DOE 1 through 5, Individually (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                      Defendants.
---------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-1194 (JBW) (JO)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
Oct 7, 2015

LEVENTHAL LAW GROUP, P.C.
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, New York 11201
718.556.9600

By: _____
Jason Leventhal
*Attorney for Plaintiff*

Brett H. Klein, Esq. PLLC
*Attorneys for Plaintiff*
305 Broadway, Suite 600
New York, New York, 10007
212.335.0132

By: _____
Brett Klein
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Liconti, and Varriano*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Beth J. Hoffman
*Senior Counsel*

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015